447 A.2d 259

**In the Matter of the DECEMBER, 1981, ALLEGHENY COUNTY INVESTIGATING GRAND JURY, Palma J. Mott, Petitioner at No. 23, Louis F. Mott, Petitioner at No. 24.**

Supreme Court of Pennsylvania.

Argued June 23, 1982.

Decided July 9, 1982.

Robert E. Colville, Dist. Atty., Kim W. Riester, Deputy Dist. Atty., Kemal Alexander Mericli, Leo M. Dillon, Asst. Dist. Attys., Pittsburgh, for respondent.

Harold Gondelman, Pittsburgh, for petitioners.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Petitions denied.